Argued December 3—decided December 3, 1963

LUCILLE C. WELLS *v.* SELDEN E. WELLS, JR.

It appearing that the plaintiff in the above-entitled case has failed to prosecute her appeal from the Superior Court in Tolland County with proper diligence, it is ordered that the appeal be and hereby is dismissed.

*Harry Hammer,* for the appellant (plaintiff).

*Paul B. Groobert,* for the appellee (defendant).

Argued December 3—decided December 3, 1963